# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT PICARETTA, | : | Case No. 4:16-CV-02338 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| CHIEF OIL & GAS, LLC; STALLION | : | |
| OILFIELD CONSTRUCTION, LLC; | : | |
| STALLION OILFIELD SERVICES, | : | |
| LTD.; STALLION OILFIELD | : | |
| HOLDINGS, INC.; and STALLION | : | |
| OILFIELD CONSTRUCTION, LLC; | : | |
| | : | |
| Defendants. | : | |

## ORDER

### February 3, 2017

**AND NOW,** upon consideration of Plaintiff's Motion to Remand, **IT IS**

**HEREBY ORDERED THAT:**

1. The Motion to Remand (ECF No. 9) is **GRANTED.**

2. The case is **REMANDED** to the Court of Common Pleas of Lackawanna

County, Pennsylvania.

3. The Clerk of Court is **DIRECTED** to close the federal case, and to mail a

certified copy of this Order to the Court of Common Pleas of Lackawanna

County, Pennsylvania, pursuant to 28 U.S.C. § 1447(c).

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge